CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 09 2011

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MATTHEW JAMES FAISON, JR.,** ) | Misc. Case No. 7:11mc00043 |
| Plaintiff, ) | Civil Action No. 7:11cv00429 |
| ) | |
| v. ) | |
| ) | **FINAL ORDER** |
| **UNITED STATES SOCIAL SECURITY** ) | |
| **COMMISSION, et al.,** ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Faison's complaint is hereby **CONSTRUED** as a prisoner civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and the clerk is **DIRECTED** to docket it as such. It is further **ORDERED** that Faison's request to proceed in forma pauperis is **DENIED**, this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of September, 2011.

_____
United States District Judge